# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JANE DOE,** Plaintiff v. **SHERIFF GARRY MCFADDEN,** et al. Defendants. | Case No. Hon. |

## PLAINTIFF'S DOE MOTION FOR A PROTECTIVE ORDER AND TO KEEP THE NAME OF JANE DOE PLAINTIFF UNDER SEAL

NOW COME Plaintiff, by and through her attorneys, Council on American-Islamic Relations ("CAIR") and moves this Honorable Court for a Protective Order, and to Keep the Names of the Jane Doe Plaintiff Under Seal. Pursuant to Fed. R. Civ. P. 5.2(e), Plaintiff Jane Doe requests this court's leave to proceed under pseudonym to protect her identity from public disclosure. Jane Doe Plaintiff further seeks a protective order prohibiting counsel and court personnel from disclosing Plaintiff's identity, and mandating that all documents containing Personally Identifiable Information (including her name) be filed under seal. This motion is supported by the records and files here.

1

WHEREFORE, for the reasons discussed in the accompanying Brief, Plaintiff respectfully move this Honorable Court GRANT their Motion for a Protective Order and to Keep the Name of Jane Doe Plaintiff Under Seal.

Respectfully submitted,

/s/Ismaail Qaiyim
Ismaail Qaiyim, Esq. (56744.)
Queen City Community Law Firm
4938 Central Ave.
Charlotte, NC 28205
(980)281-2798
www.qcclawfirm.com

*Co-Counsel for Plaintiff*

/s/Lena F. Masri_____
Lena F. Masri (VA 93291)*
lfmasri@cair.com
Gadeir Abbas (81161)*
gabbas@cair.com
Nadia Bayado (DC 90023648) *
nbayado@cair.com
**CAIR NATIONAL LEGAL DEFENSE FUND**
453 New Jersey Ave SE
Washington, DC 20003
(202) 742-6420

*Co-Counsel for Plaintiff*

*Pro Hac Vice applications pending

**Dated:** September 27, 2024