# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Jane Doe, | JUDGMENT IN CASE |
| Petitioner | 3:24-cv-00879-KDB-DCK |
| vs. | |
| Garry McFadden<br>Officer A, Officer B, | |
| Respondent. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2024 Order.

Signed: December 4, 2024

Katherine Hord Simon, Clerk
United States District Court