UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 24 cv-879

| | |
|---|---|
| JANE DOE<br><br>           Plaintiff,<br><br>v.<br><br>SHERIFF GARRY MCFADDEN ET. AL.<br><br>           Defendants. | **MOTION FOR EXTENSION OF TIME FOR STAY; JOINT STATUS REPORT** |

Pursuant to this Court's February 6, 2025 Text Order, the Parties submit this Motion for extension of time to stay this case, as well as provide the Court with a Joint Status Report. The Parties respectfully request that the Court issue one additional two week extension for the Parties to complete settlement negotiations. In support of the motion, the Parties state the following:

1. Since January 16, 2025, the Parties have engaged in settlement discussions.

2. On February 6, 2025, this Court stayed the initial attorneys conference for fourteen days pending possible resolution of the case.

3. The Parties continued to discuss resolution and narrowed the issues between the Parties.

4. The Parties provided the Court with a joint status report on February 18,

2025, and this Court extended the stay until March 4, 2025.

5. Since discussions began on January 16, 2025, the Parties have resolved three out of the four areas of disagreement.

6. The Parties anticipate being able to resolve the last issue of disagreement by March 18, 2025.

Wherefore, the Parties respectfully request that they be given one last two week extension in order to resolve this case.

Dated March 4, 2025.

s/ Ismaail Qaiyim
s/ Lena Masri
s/ Gadeir Abbas
s/ Nadia Bayado
*Plaintiff's Counsel*

s/Sean Perrin
*Defendant's counsel*