UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 24 cv-879

| | |
|---|---|
| JANE DOE<br><br>        Plaintiff,<br><br>v.<br><br>SHERIFF GARRY MCFADDEN ET. AL.<br><br>        Defendants. | **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), having reached a settlement of this case, the Parties stipulate to the dismissal with prejudice of Plaintiff's Complaint. Each side shall bear their own costs and fees.

Dated May 30 2025.

s/ Ismaail Qaiyim                     s/Sean Perrin
s/ Lena Masri                           *Defendant's counsel*
s/ Gadeir Abbas
s/ Nadia Bayado
*Plaintiff's Counsel*